No. 90–1116.   KRAIN v. GEORGE ET AL.; and KRAIN v. UNIVERSITY OF MICHIGAN HOSPITAL ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 90–1138.   MORENO v. UNITED STATES DRUG ENFORCEMENT ADMINISTRATION.   C. A. 2d Cir.   Certiorari denied.

No. 90–1161.   SIKES v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 90–1170.   GARCIA v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 90–1172.   STUCKEY v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 90–1180.   CAMOSCIO v. BOARD OF REGISTRATION IN PODIATRY.   Sup. Jud. Ct. Mass.   Certiorari denied.

No. 90–1183.   BOATNER v. UNITED STATES ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 90–5590.   WATSON v. UNITED STATES;
No. 90–5771.   CURRY v. UNITED STATES;
No. 90–5824.   HOWARD v. UNITED STATES; and
No. 90–6082.   HAYES v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.   Reported below: 902 F. 2d 912.

No. 90–5663.   STEELEY v. ALABAMA.   Ct. Crim. App. Ala.   Certiorari denied.

No. 90–5723.   STEELEY v. ALABAMA.   Ct. Crim. App. Ala.   Certiorari denied.

No. 90–5737.   TINSLEY v. BORG, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 90–5783.   CALLIS v. MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 90–5804.   BLACK v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 90–5807.   RED BEAR v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.